FRANKLIN V. BRADLEY, an Infant, by EDWARD J. BRADLEY, His Guardian ad Litem, Respondent, *v.* BOARD OF EDUCATION OF CITY OF ONEONTA, Appellant.

Argued March 23, 1937; decided April 27, 1937.

*O. L. Van Horne, Theodore P. Feury* and *Andrew J. McNaught, Jr.,* for appellant.

*Donald H. Grant* and *Harry R. Bigelow, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.